IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| STATE OF NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>MCFERREN SOCKWELL<br><br>Defendant. | Civil No. 23-2177 (RMB-SAK)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon its December 19, 2023 Text Order. [Docket No. 3.] There, the Court indicated that Plaintiff had failed to respond to Defendant's July 20, 2023 Motion to Dismiss for Lack of Prosecution Under Federal Rule of Civil Procedure 41(b) or, Alternatively, to Dismiss Under Federal Rules of Criminal Procedure 12(b) and 48, [Docket No. 2]. The Court directed Plaintiff to respond no later than Friday, January 5, 2023. [Docket No. 3.] It further noted that failure to abide by the Court's directive would result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). [*Id.*] As of the date of this Order, Plaintiff has not filed a submission on the docket in response to the Court's Order.

Rule 41(b) permits a district court to dismiss an action *sua sponte* if a plaintiff fails to prosecute his case or comply with a court order. *See* FED. R. CIV. P. 41(b); *see, e.g.*, *Abulkhair v. New Century Fin. Servs., Inc.*, 467 F. App'x 151, 153 (3d Cir. 2012) (per

1

curiam) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–31 (1962)). Typically, a district court must balance the factors set forth in *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863, 868 (3d Cir. 1984), prior to entering a dismissal order; however, doing so is unnecessary where a plaintiff fails to respond to court orders. *See Abulkhair*, 467 F. App'x at 153 (explaining that balancing the *Poulis* factors is unnecessary where "a plaintiff refuses to proceed with his case or otherwise makes adjudication of his case impossible") (first citing *Spain v. Gallegos*, 26 F.3d 439, 454–55 (3d Cir. 1994); then citing *Guyer v. Beard*, 907 F.2d 1424, 1429–30 (3d Cir. 1990)). Accordingly,

**IT IS**, on this **9th** day of **January 2024**, hereby:

1. **ORDERED** that Plaintiff's Complaint [Docket No. 1-1] is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to abide by this Court's prior Order; and it is further

2. **ORDERED** that, upon a showing of good cause, Plaintiff may request for the Court to reopen this action; and it is finally

3. **ORDERED** that the Clerk of the Court is directed to **CLOSE** this file.

                                                s/Renée Marie Bumb
                                                Renée Marie Bumb
                                                Chief United States District Judge